## FINK et v YOUNG, Admrx

Ohio Appeals, 2nd Dist, Clark Co
Decided May 7, 1930

For full opinion see 177 NE 286; 39 Oh Ap 95 (Oh Bar 9-22-31).